United States District Court
Southern District of New York

RECEIVED
AUG 19 2021
U.S.D.C.
W.P.

Mujahid Nasiruddin
          Plaintiff,

v.

United States of America
          Defendant.

Cas No.
"PRO SE"

## Motion Seeking An Injunction against FCI Otisville, to preserve evidence for future litigation and a Injunction against Staff retaliation and prevention of transfer

Comes the Plaintiff - Mujahid Nasiruddin, "pro se"

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 in that this action arises under the laws of the United States of America and is premised on the acts and omissions of the Defendant acting under the Color of federal law. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b) in that this is a claim against the Defendant the United States of America for damages on or after July 21, 22, 23, and 26 of 2021 caused by Cruel and unusual punishment and wrongful acts and omissions of employees of the Government while acting with in the course and scope of their office of employment.

## Back Ground

(1) On July 21, 2021 Plaintiff was housed in the Special Housing Unit (hereafter SHU) At FCI Otisville in Otisville, N.

(2) On July 21, 2021 while in SHU in Cell 205 Plaintiff informed staff that he felt Suicidal, wanted to go on suicide watch and speak to a psychologist.

(3) Plaintiff was in hand restraints at the time of this Request.

(4) Plaintiff was given a direct order by Lt. McCoy to give up his hand restraints in the tray slot.

(5) Plaintiff informed Lt. McCoy that he didn't want to remove his hand restraints because he knew he would definitely do something to harm himself.

(6) Plaintiff was given a final order to remove his hand restraints. Plaintiff complied while Lt. McCoy had staff remove Plaintiff's hand restraints.

(7) Once Plaintiff had his restraints removed, he began making a noose out of his sheet, at which time SHU staff began using pepper on the Plaintiff spraying it all over him and in the cell.

(8) Plaintiff was placed back in hand restraints thru the tray slot. Plaintiff was then aggressively and forcibly taken to the ground where his hand restraints were clamped down so tight the locks could go no further. Then leg restraints were placed on the Plaintiff until they could lock no further making it impossible for plaintiff to walk.

(9) Plaintiff was forcibly dragged thru SHU, Medical denied proper treatment and made joking remarks all recorded.

(10) Plaintiff was left with his hand and leg restraints super tight and in great pain, just to be treated with cruel and unusual punishment.

(11) Plaintiff was left this way over the, Plaintiff was also transported to suicide watch in Medical in this same condition, and once Plaintiff was being put in the suicide cell Staff removed the mattress from the cell leaving Plaintiff to sleep on a concrete block, with Nothing but a sleeveless smock.

(12) There was no ventilation in the cell, no A/c in suicide cell I was on fire because still had pepper spray all over me because Staff refuse to give me a shower to remove it.

## Action Being Sought

(1) All of the above mentioned allegations can be proved as fact simply by using the video footage available at FCI Otisville.

(2) Hence my request for the courts injunctions. Video footage has a limited life span before it's erased and recorded over unless the Institution preserves it for there own use or the courts impose an injunction on the Institution to preserve it for the Plaintiff.

(3) Plaintiff is requesting the courts assistance in preserving evidence to prove the Plaintiffs allegations against the Defendants Not to circumvent the FTCA process or the Administrative Remedy Process, only to preserve the evidence while Plaintiff follows proper remedy procedures.

(4) Plaintiff request that the following evidence be given injunctive order against FCI Otisville; All video, audio and still photos along with All staff interviews and medical assessments, logs and documentations involving the Plaintiff on July 21, 2021 in all areas of the SHU between the hrs of 6am to 8pm.

3

(5) All Video footage of the compound from the oUu to the Medical department on July 21, 2021 from 12 pm to 8 pm.

(6) All Video footage inside the Medical department to the suicide watch Cell as well as All logbook documentation on July 21, 2021 from 12 pm to 12 pm on July 22, 2021 12 pm to 12 pm, July 23, 2021 from 12 pm to 6 pm

(7) All video and Audio footage and still photos as well as all Staff interviews and med. dept. 8 pm to 8 pm July 23, 2021.

## Conclusion

It is hereby prayed that this Court will invoke the Requested Injunction against FCI Otisville to preserve Plaintiffs Evidence, and to guard Plaintiff from retaliation and transfer.

Respectfully Submitted

Mujahid Nasiruddin
82770-037
FCI Otisville
P.O. Box 1000
Otisville, NY
10963

Case 7:21-cv-07044-CS    Document 1    Filed 08/19/21    Page 5 of 5



Muyamia Nasiruddin
Reg. No. 32170-037
Federal Correction
Otisville FCI
P.O. Box 1000
Otisville, NY, 10963

RECEIVED
AUG 19 2021
U.S.D.C.
W.P.

Legal
Mail / Special
Mail

WESTCHESTER NY 105
17 AUG 2021 PM 2 L

United States District Court
Southern District of New York
Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

10601-415099