RECEIVED
SDNY PRO SE OFFICE

2021 NOV -3  PM 3: 09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Mujahid Nasiruddin

_____
Write the full name of each plaintiff.

-against-

_____

_____

"_SEE Attached_"
_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

7:21 CV 07044-CS
(Include case number if one has been
assigned)

**AMENDED**

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

# Attachment for Defendant Names

1) Pliter (Warden)
2) Elmore (Assistant Warden Operations)
3) O'Kane (Captain)
4) McCoy (Lieutenant)
5) Tomlison (Lieutenant)
6) Linkhouler (Lieutenant)
7) Ferry (Correctional Officer)
8) Kessler (Correctional Officer)
9) Gyurits (Correctional officer)
10) Christenson (Correctional office)
11) Grannell (Correctional Officer)
12) Iocolono (Correctional Officer)
13) Hurn (Correctional Officer)
14) Delassandro (Correctional Office)
15) McPhillips (Correctional Officer)
16) Witkowski (Correctional Office)
17) Dr. Giribillini (Psychologist)
18) Nurse Santorelli (Nurse)
19) Kabonic (EMT/Paramedic)
20) Gibbs (EMT/Paramedic)
21) John Doe 1-10

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

*N/A*                  *Phifer*                    *N/A*

First Name              Last Name                 Shield #

*Warden*

Current Job Title (or other identifying information)

*P.O. Box 1000 (FCI Otisville)*

Current Work Address

*Otisville*              *NY*                    *10963*

County, City                    State                  Zip Code

Defendant 2:

*N/A*                  *Elmore*                   *N/A*

First Name              Last Name                 Shield #

*Assistant Warden Operation*

Current Job Title (or other identifying information)

*P.O. Box 1000 (FCI Otisville)*

Current Work Address

*Otisville*              *NY*                    *10963*

County, City                    State                  Zip Code

Defendant 3:

*N/A*                  *O'Brane*                  *N/A*

First Name              Last Name                 Shield #

*Captain*

Current Job Title (or other identifying information)

*P.O. Box 1000 (FCI Otisville)*

Current Work Address

*Otisville*              *NY*                    *10963*

County, City                    State                  Zip Code

Defendant 4:

*N/A*                  *McCoy*                    *N/A*

First Name              Last Name                 Shield #

*Lieutenant*

Current Job Title (or other identifying information)

*P.O. Box 1000 (FCI Otisville)*

Current Work Address

*Otisville*              *NY*                    *10963*

County, City                    State                  Zip Code

Attachment
Defendant Information continued

Defendant 5:    N/A    Tomlison    N/A
                       Last Name
Lieutenant
Current Job title

P.O. Box 1000 (FCI Otisville)
Current work address

Otisville            NY            10963
County, City         State         Zip Code

Defendant 6:    N/A    Limkhuler    N/A
                       Last Name
Lieutenant
Current Job title

P.O. Box 1000 (FCI Otisville)
Current work address

Otisville            NY            10963
County, City         State         Zip Code

Defendant 7:    N/A    Giribillini    N/A
                       Last Name
Dr., Head of Psychology Department
Current Job title

P.O. Box 1000 (FCI Otisville)
Current work address

Otisville            NY            10963
County, City         State         Zip Code

2

Defendant 8:   N/A        FERRY        N/A
                          Last Name

Correctional Officer
current Job title

P.O. Box 1000    (FCI Otisville)
current work address

Otisville              NY            10963
County, City           State         Zip Code

Defendant 9:   N/A        Kessler      N/A
                          Last Name

Correctional Officer
current Job title

P.O. Box 1000    (FCI otisville)
current work Address

Otisville              NY            10963
City, County           State         Zip Code

Defendant 10:  N/A        Gyurits      N/A
                          Last Name

Correctional Officer
Job title

P.O. Box 1000    (FCI Otisville)
current work Address

Otisville              NY            10963
County, City           State         Zip Code

3

Defendant 11:    N/A    Christenson    N/A
                        last name

Correctional Officer
current Job title

P.O. Box 1000    (FCI Otisville)
current work address

Otisville         NY       10963
County, City      State    zip code

Defendant 12:    N/A    Grannell    N/A
                        last name

Correctional Officer
current Job title

P.O. Box 1000    (FCI Otisville)
current work address

Otisville         NY       10963
County, City      State    zip code

Defendant 13:    N/A    Iocolono    N/A
                        last name

Correctional Officer
current Job title

P.O. Box 1000    (FCI Otisville)
current Job address

Otisville         NY       10963
County, City      State    zip code

4

Defendant 14:    N/A    Huen    N/A
Last Name

Correctional Officer
Current Job title

P.O. Box 1000    (FCI Otisville)
Current Job address

Otisville    NY    10963
County, City    State    Zip Code

Defendant 15:    N/A    Kabonic    N/A
Last Name

EMT/Paramedic
Current Job title

P.O. Box 1000    (FCI Otisville)
Current Job Address

Otisville    NY    10963
County, City    State    Zip Code

Defendant 16:    N/A    Gibbs    N/A
Last Name

EMT/Paramedic
Current Job title

P.O. Box 1000    (FCI Otisville)
Current Job Address

Otisville    NY    10963
County, City    State    Zip Code

5

Defendant 17:    N/A    Sanforelli    N/A
                               Last Name

Nurse
Current Job title

P.O. Box 1000    (FCI Otisville)
Current work address

Otisville    NY    10963
County, City    State    zip code

Defendant 18:    N/A    McPhillips    N/A
                               Last Name

Correctional Officer
Current Job title

P.O. Box 1000    (FCI Otisville)
Current work address

Otisville    NY    10963
County, City    State    zipcode

Defendant 19:    N/A    Witkowski    N/A
                               Last Name

Correctional Officer
Current Job title

P.O. Box 1000    (FCI Otisville)
Current work address

Otisville    NY    10963
County, City    State    zip code

6

Defendant 20:    N/A    Delessandro    N/A
last Name

Correctional Officer
current Job title

P.O. Box 1000    (FCI Otisville)
current work address

Otisville    NY    10963
County, City    state    zip code

Defendant 21:    John    Doe    N/A
First name    last Name

N/A
current Job title

FCI Otisville    P.O. Box 1000
current work address

Otisville    NY    10963
County, city    state    zip code

17

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights   *8 th Ammendment Constitutional Violations*

☐ Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Mujahid_____ _A._____ _Nasiruddin_____

First Name                    Middle Initial                    Last Name

_____John H. Crooks Jr._____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____Federal #32770-037_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Federal Correctional Institution Otisville_____

Current Place of Detention

_P.O. Box 1000_____

Institutional Address

_Otisville_____ _NY_____ _10963_____

County, City                          State                          Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: FCI Otisville Special Housing Unit

Date(s) of occurrence: July 21, 2021, July 22, 2021, July 23, 2021 and October 13, 2021

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

"First, use of force and gas"

About or On July 21, 2021 Approximately between 2:30 pm and 4:30 pm I informed Lt. McCoy that I was feeling suicidal and needed to see a psychologist. I was in hand restraints when Lt. McCoy had Correctional staff take controll of me as if I was being taken out of the cell. To terry who had controll of my person started guiding my wrist and arms towards the tray slot using force. To terry along with other correctional staff were using their physical force and strength to put my arms through the tray slot so they could close my cell door and forcibly remove my hand restraints. This was done even after I informed Lt. McCoy and "all" correctional staff present that if I removed my restraints while still in the cell I would try to Kill myself. After a un-successful attempt, Lt. McCoy instructed her staff to take me down hard to the floor. Staff then slammed me down hard to the floor. While I was on the floor with knees pressed into my back, neck and severe force placed on my arms, head and legs, Lt. McCoy stated that she was going to put me back in the cell and I was going to remove my hand restraints if I know what's good for me and "maybe" she would call psychology. I was returned to the cell. I made one final plea with Lt. McCoy to please take me to the holding cell to wait for psychology.

(See attachments)

Page 4

10 of 10

I informed Lt. McCoy that she and her staff know that when a prisoner states that he/she feels suicidal the proper procedure is to remove that prisoner from the cell and place that prisoner into a holding cell until Psychology arrives and/or until that prisoner is placed on suicide watch. At that time Lt. McCoy gave me a direct order to remove my hand restraints. Which I complied for fear of more abuse. Once my hand restraints were removed I had an intense feeling that it was better to kill myself than endure any further abuse, so I began making a noose out of my sheet. Once complete, I tied one end around the bed post and as I was putting the noose around my neck, Correctional Staff sprayed pepper gas all over my body. My cellmate and I both submitted to hand restraints. Once the cell door was opened I was use of force thrown to the ground. My hand restraints were tightened to unbearable pressure. I was then placed in leg restraints, also tightened to unbearable pressure. So much so, that I could not walk. I was then dragged halfway across the Special Housing Unit [Henceforth, SHU] where I was held up by the D/S access door. Capt. O'Kane then instructed his staff to shove me against the wall, and the staff complied, while Capt. O'Kane observed with laughter and called me lewd names. Capt. O'Kane also instructed his SHU staff to label my cell door I.D. with Hot Pink paper in violation of the Rights and Responsibilities Act to be treated fairly and

1 of 10

impartially. Once the D/s door was opened I was use of forced through this door and dragged towards the shower at the far end of the unit. I was then assaulted by %o Guyreuti beating and shoving me in the back yelling and screaming in my ear as I was forced over the staff break table because my leg restraints were so unbearably tight it was making it impossible for me to walk. %o Guyreuti screamed in my ear that he was going to drag me if I didn't get up. %o Guyreuti and other staff put all of my body weight on my arms, which had my hands restrained behind my back, causing me even more excruciating pain. They carried me this way the rest of the distance to the shower where I was given an improper decontamination from the gas. I was then taken from the shower to the holding cell in this same manner. I was left in the holding cage suffering unbearable pain all over my body, no matter how much I pleaded about the pain of my restraints, no staff came to my side or rescue. %o Grannell who was standing watch over me in the holding cage only laughed at me when I pleaded with him for help. I called out to Lt. Linkhuler numerous times for help, he ignored me. Eventually, paramedic Kabovic, came to medically assess me. I informed Kabovic about the suffering pain I was in and the excessive tightness of the restraints. He only ignored me and said the restraints were fine. The pain was so great that before he touched my skin, I felt a searing pain just from the knowledge he's about to touch the area of the restraints

2 of 10

that it caused me to yell out in pain. Kabowics' response was callouse, uncareing and very unprofessional as a medical professional that his license should be revoked for his response to my pain was, at least his vocal chords work! Kabowick is the same individual who used force on me that I never reported but was witnessed by two staff members when he pushed and shoved me up from an examining table while I was in SHU. For my second decontamination shower, Kabowic came along with the escort. Being in such excruciating pain I was unable to walk anymore, and even then no staff made an effort to loosen my restraints. Instead staff brought a wheelchair to take me to the shower. Once at the shower Kabowic literally put a few drops of water on his hands and dowsed a few drops of water in my face and stated that was good enough. I was then pushed back to the holding cage. Where I was left to suffer even longer. It wasn't until someone made the decision to have me moved to suicide watch in the medical building that my restraints were removed, but that was only to add even more re-strictive restraints, adding a belly chain. I was not leaving the confines of the institution. Medical is connected to SHU and from the outside of SHU its approximately 50ft. away. Once in medical, I was taken to the suicide watch cell. Before allowing me to enter the cell Lt. Munos removed my mattress from the cell. I inquired why were they removing the mattress. Staff stated that the Capt. [O'Kane] wanted to make sure I didn't get to comfortable.

3 of 10

The cell was unbearably hot, the window was closed and there were no fans to circulate any air for me. Medical is not equipped with AC in this area. I was suffering from unbearable heat, no ventilation and no fan. It felt like a sauna. Not to forget that my body is still covered in gas. Over the next 3 days I was denied access for a shower and forced to lay on a concrete block. The following day July 22, 2021 Dr. Giribillini of the Psychology Dept. visited and spoke to me. When I asked him why was there no mattress in this cell when Psychology authorized a mattress to be in the cell, Dr. Giribillini stated that he can only make a recommendation to have a mattress in the cell. I informed Dr. Giribillini that I am more than aware that Capt. O'Kane/Custody has no authority in this cell. That this cell belongs to Psychology. I stated to the Dr. that he is allowing the Capt. to conduct punitive actions against me by removing the mattress on his order. Making him [Dr. Giribillini] negligable for my pain and suffering. Dr. Giribillini stated that sometimes we have to do what we have to do.

"THREATS, HARASSMENT AND DENIED MATTRESS 3 days"

On that same evening of 22nd of July 2021, later that day after speaking with Dr. Giribillini; C/o Christenson C/o Guyeruti along with C/o John Doe made me submitt to hand restraints and removed me from the suicide cell. C/o Christenson stated he was checking the cell for

4 of 10

contrabands. I informed C/o Christenson that the cell had been inspected by staff for contraband before I was placed in the cell. I also informed him that I was also strip search and was given only a piece smock to were and no undergarments. I also informed C/o Christenson that I've been under correctional staff observation since being placed on suicide watch in the cell. C/o Christenson replied that he would be here every day I'm on watch, that he will pull me out and do whatever he felt necessary. C/o Christenson and C/o Guyrauti kept on harassing me and calling vulgar names. C/o Guyrauti even bragged about how he assaulted me the previous day in SHU. I was placed back in the suicide watch cell and C/o Christenson and C/o Guyrauti continued talking vulgar to me until they left.

"SECOND USE of FORCE AND gas"

On July 23, 2021 sometime in the evening hrs, After I was returned to SHU After being taken off suicide watch in Medical, my cell mate Rochelle stated that he was having suicidal thoughts. Inmate Rochelle informed C/o Grannell and C/o Christenson of his mental condition. These two staff only laughed at Inmate Rochelle. At that moment Inmate Rochelle began to make a noose. Once Rochelle had the noose made, he placed it around his neck, at that point C/o Hurn sprayed my cellie and I with gas. I was not involved in any shape or form with Inmate Rochelle's actions or his mental situation. Instead of placing the Inmate and I in hand restraints and removing either Inmate Rochelle or myself, C/o Hurn just gased us.

5 of 10

I was once again violated with use of force. After I Inmate Rochelle and I were placed in hand restraints I was then removed from the cell and forcefully thrown to the ground, knees were pressed extremely hard into my back and neck with my arms forcely and painfully hyper extended. All this pressure on my body while jostling me back and forth caused scrapes on my knees down to the white flesh. I was not given proper decontamination. Staff took Inmate Rochelle to the outside recreation area for fresh air. Staff placed me in a holding cage inside SHU. When medical arrived and Nurse Santorelli made a injury assessment, I informed Nurse Santorelli that my hand restraints were too tight and that I was in severe pain. My wrists were still swollen, sore and scarred up from the use of forced, used on me just 2 days prior. I informed Nurse Santorelli that my knees were bleeding. Nurse Santorelli only responded stating, OH! that's nothing, my knee injuries were just like a bycicle scrape, I informed Nurse Santorelli I was not riding a bike. She gave my wounds no treatment. I was then returned to the cell. It would be after 6 days had post before I would be allowed to take a proper shower to wash all of the gas from my body from being sprayed twice, assualted and given use of force. Inmate Rochelle informed me before he made suicide attempt that C/o Christenson told him to place

6 of 10

A PREA on me. Inmate Rochelle stated that he was afraid of what staff may do to him if he didn't comply. I am well aware that suicide attempts is a medical distress and does not qualify for use of gas and use of force. I am well aware that use of force is for disciplinary purposes only and is a last resort. Capt. O'Kane has given his correctional staff to use gas for any and all situations for the experience and practice. Capt. O'Kane also instructed his SHU staff on July 22, 2021 to keep me assigned to a cell that could not be monitored by camera. He wanted to be sure that whenever staff had to deal with me, staff could not be monitored. Because of this, I stopped leaving my cell for showers. I was forced to wear paper clothes, that staff intentionally ripped off of me as I walked down the tier back to my cell. By the time I reached my cell, I was Nude from the waist down.

## "STAFF ON PLAINTIFF ASSAULT"

On October 13, 2021 between approximately 8:00 AM and 12:00 pm C/o Kessler placed me in hand restraints at cell-110 in SHU. C/o Kessler then opened my cell door and entered my cell. C/o Kessler pulled a cart halfway into the cell with a property bin on top. C/o Kessler did this very aggressively and started using profanity towards me. C/o Kessler came within inches of my face with no mask on spurting spittle directly in my face. C/o Kessler then turned and opened the lid on the bin.

C/o Kessler then started intentionally destroying my personal property. When I commented about his actions C/o Kessler grabbed me around my neck and throat with both of his hands and began chocking me with severe strength and pressure. As C/o Kessler was chocking me, he stated to me that he is a decorated war veteran with PTSD and that he could do whatever he wanted. I noticed my cell mate Derrick Parks being rushed pass the cell being escorted by C/o Witkowski while C/o Kessler still had his hands around my neck. My cell mate looked me directly in the eye. I would learn later from my cell mate that he could see the panick and despair in my eyes as I was losing color in my face. I was on the verge of losing conciousness when the sound of staff urgently coming caused C/o Kessler to release my neck. C/o Kessler then gave me a devious smile while he stated to me "that felt good." Once staff arrived at my cell door: C/o Khan, C/o Witkowski and Medical Gibbs, I immediatly informed them that C/o Kessler was chocking me. I made this statement repeatedly. When C/o Kessler attempted to make an excuse, Gibbs from Medical stated that he didn't care what C/o Kessler was doing to me. Everytime C/o Kessler attempted to make an excuse, Medical Gibbs cut him off with the same statement. Gibbs showed that he had no concern for my health and well being. No body alarm was used by C/o Kessler, nor was I issued an Incident Report.

8 of 10

Once C/o Kessler left the cell and my hand restraints were removed, I immediately began writing down C/o Kesslers' assault on me. I placed this information in brief on a Inmate Request. This was to make sure I informed the first staff to make rounds in SHU who was not assigned to any Post in SHU. It was a blessing that the first staff to make rounds appr.45 min. later of the assault was Lt. Susney SIA. This is the staff who handles all investigations involving allegations towards staff. I informed Lt. Susney of the assault and gave him the Inmate Request. I wrote a second request to pass on to the Next staff, for at the moment I gave the Inmate Request to Lt. Susney, I did not know who he was. I was given another blessing, the Next person to make a round through SHU was CMC Walker who was the IDO (Institution Duty Officer). This person acts as the Warden in the Wardens absence. Approximately 1 hr. later, I was placed in hand restraints and escorted to the holding cell, where Lt. Tomlison took pictures and asked me what happened. After giving Lt. Tomlison my statement I saw that Lt. Tomlison never made any notes of my statement of the assault. I wasn't surprised for Lt. Tomlison was the Lt. involved in my second use of force. Before leaving Lt. Tomlison stated "It's time for you to leave here, I'm sick of you". Gibbs from medical was there to perform my injury assessment. This is the same person who

9 of 10

told "C/o Kessler who assaulted me, "he didn't care what C/o Kessler did to me". So, I wasn't surprised when the only thing Gibbs did was take my blood pressure. Gibbs never asked if I was in pain, soreness nor did he check for marks and bruisess. Gibbs medical evaluation was unproffessional, insensitive, incompetent and callous.

"DENIAL of out of CELL Recreation TAUNTING"

Over a 3 month period while in SHU Plaintiff was subjected to the attrocities of Mental health abuse, Use of force, Deliberate Indifference, Cruel And Unusual Punishment All in Violation of Plaintiffs 8th Ammendment Constitutional Rights. According to the Plaintiffs Constitutional Rights he is Allowed 5 hrs of out of cell rec a week, on Mon. Sept. 27, 2021 to Fri. Oct. 1st, 2021 Plaintiff requested recreation and was denied with the statement that this is "Correctional Workers Appreciation week" and due to the celebrations staff Are participating in, recreation is cancelled for the week. Then the following week from Oct. 4, 2021 to Oct. 9, 2021 I was denied rec. Fri. Oct. 10, 2021 we were only given one hour. Staff systemically violate the Rights of the Plaintiff as well as other Prisoners. Plaintiff prays and seeks Justice from this court. Not just for Plaintiffs self, but for the hole of the Prisoner Population.

10-23-21

Date

10 of 10

Mujahid Nasiruddin
Reg. No. 32770-037
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Capt. O'Kane flipped Plaintiff the middle finger in the presence of his superofficer AW Elmore who made no comment of his actions. Warden Pliler was also present. AW Elmore and Warden Pliler witness the hot Pink I.D. violating my rights and said nothing. Even still I'm constantly being harassed. On October , 2021 while Capt. O'Kane made his rounds in SHU, when "he" got to my cell door (cell 202) he kicked my door to disrupt me and play psychological games. When he came back by I asked him why? He only laughed and became profane. October 25, 2021 C/o Witkowski denied me clean clothes after a weekend with no showers. There are no showers in the cells.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Neuropathy in my hands and feet, Mental & psychological trauma, shoulder pain, back strain, Neck pain, Knee scrapes, Suffering of being contaminated with gas (private parts, eyes, full body. All of the above need and needed treatment. As of this day none has been offered or given.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I'm seeking 15 million in damages and 30 million in punitive. I'm also requesting 18 mos home confinement by the warden, Reinstatement of all lost good time, Expungement of all Incident reports that I was placed in SHU for. I want cameras placed in all blind cell areas in SHU. All staff retrained to Adhere to the Code of Conduct of the contract staff completed and signed for employment. That staff stop all yelling, screaming and banging on doors in SHU (conducting mental warfare on prisoners).

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10-23-2021 | *(signature)* |
| **Dated** | **Plaintiff's Signature** |
| Mujahid Nasiruddin | |
| **First Name**          **Middle Initial**          **Last Name** | |
| P.O. Box 1000   Otisville  FCI | |
| **Prison Address** | |
| Otisville          N9          10963 | |
| **County, City**          **State**          **Zip Code** | |

Date on which I am delivering this complaint to prison authorities for mailing:  10-28-21



U.S. POSTAGE PAID
FC PKG RTL
OTISVILLE, NY
10963
NOV 01, 21
AMOUNT
$0.00
R2305K138471-20

1029    10007

CERTIFIED MAIL®

7021 0950 0000 9367 1581

Mujahid Nasieuddin
Reg. No. 32770-037
Federal Correctional Institution
Otisville
P.O. Box 1000
Otisville, NY
                10963

Legal /
Mail / Special
         / Mail

Pro Se Intake Unit
500 Pearl St. Room 200
New York, New York
                10007

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 NOV -3 PM 2:59

