> Application denied. I see no need for special accommodations for Plaintiff. There appears to have been no difficulty in Plaintiff either sending or receiving materials related to this case. Further, submissions to the Court and orders from the Court are publicly docketed and are not confidential. The Clerk of Court is respectfully directed to send a copy of this endorsement to Plaintiff and to terminate the motion (ECF No. 9).
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 11/5/21

RECEIVED
SDNY PRO SE OFFICE
2021 NOV -3 PM 3:09

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

Mujahid Nasiruddin
  Plaintiff,

—Against—

John Doe 1-10
  Defendant,

Case No. 21-CV-7044 (CS)

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff, Mujahid Nasiruddin (Henceforth, Plaintiff) request that the Court Compel CAUSE FCI Otisville mail room treat all correspondance from this Court as legal mail and it is only to be opened in the presence of the Plaintiff. In this Courts last correspondance with the Plaintiff this Court stamped the front of it's correspondance to the Plaintiff as "LEGAL MAIL" AND Also Stamped its correspondance "SPECIAL MAIL OPEN ONLY IN PRESENCE OF INMATE" (see Exhibit 1+2). FCI Otisville Stamped Over this Courts Stamp Stating "Does Not MEET LEGAL MAIL CRITERIA. (See Exhibit 1 and 2)

All of the Defendants in the Plaintiffs Complaint are staff at FCI Otisville, the Plaintiff needs his correspondance with this Court protected and confidential.

2) Plaintiff request that the Court compel ~~cause~~ FCI Otisville to provide Plaintiff with a means and avenue to ensure that all of Plaintiffs legal outgoing mail is logged and documented, that said legal mail was given directly to staff with date and time. This service is Afforded to the Inmates in the general population. Plaintiff currently being housed in the Special Housing Unit (henceforth, SHU). Prisoners in SHU are not afforded this service. Prisoners in SHU are expected to turn their legal mail into the SHU staffs possessions with no evidence or verification that the Prisoner ~~his legal~~ delivered his legal mail on what date and time.

3) Plaintiff request this Court to compel ~~cause~~ FCI Otisville not to procrastinate in making this process available when Plaintiff informs staff that Plaintiff has outgoing legal mail that need to be processed for outgoing mail.

(2) of 4

4) Plaintiff request the Court to cause (compel) FCI Otisville to grant Plaintiff liberal access to the Law library without fear of reprisal and retaliation. Without having Plaintiffs cell flipped and ramsacked every time Plaintiff is taken from his cell.

5) Plaintiff request the Court to CAUSE (compel) FCI Otisville to provide Plaintiff access to have his legal documents copied in expediant fashion to allow and ensure Plaintiff is able make Court due dates in a timely fashion.

6) Plaintiff request the Court to cause (compel) FCI Otisville to grant Plaintiff access to make legal calls to the Pro Se Intake Unit phone line for legal information pertaining to Plaintiffs Complaint.

In support of this motion, I submit Exhibit 1 and 2 (copies of the envelope from the Court, Otisvilles rejection as legal Mail).

Plaintiff hereby prays that this Court

(3) of 4

will ~~cause~~ compel FCI Otisville and its staff to adhere to Plaintiff's Motion.

Plaintiff need not remind the Court that the numerous Defendants are the staff at FCI Otisville and without the firm hand of this Court, it would place a great burden on the Plaintiff to successfully follow through with this Complaint, as the Court will be able to observe through the Plaintiff's exhibits.

Plaintiff cannot afford to certify all of his correspondence. It would be extremely to costly and burdenson on the Plaintiff.

Respectfully Submitted

10-26-21
Date

Mujahid Nasirudchn
Reg. No. 32770-037
FCI Otisville
P.O. Box 1000
Otisville, NY
10963

(4) of 4



SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007-1312

OFFICIAL BUSINESS

LEGAL MAIL

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

DOES NOT MEET LEGAL MAIL CRITERIA

Mujahid Nasiruddin
Reg. No. 32770-037
Otisville FCI
P.O. Box 1000
Otisville, NY 10963

Exhibit B

neopost
10/19/2021
US POSTAGE