UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 19 PM 2:55

Mujahid Nasiruddin,
    Plaintiff,

-against-

Warden Pliler et. al.
John Doe 1-10

CASE No. 21-CV-7044 (CS)

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff, Mujahid Nasiruddin, (Henceforth Plaintiff) request that the Court add EMT/Paramedic Gibbs to the list of defendants. Plaintiff has this defendant listed in the Plaintiffs list of defendants in his Amended Motion.

Plaintiff also request that the Court Reinstate its ORDER to the United States Attorneys Office. Plaintiff supplied a list of defendants that the Plaintiff was able to recognize and name.

There were more staff defendants that Plaintiff did not know their names and seeks the Courts assistance in accordance under Valentin v Dinkens, 121 F.3d 72, 76 (2d Cir. 1997).

A pro se litigant is entitled to assistance from the district court in identifying a defendants seeking the identities of the newly-named John Doe Defendants.

Plaintiff respectfully seeks the Courts assistance.

11-16-21
Date

Mujahid Nasinuddin
Reg. No. 32370-037
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

The Court is unclear as to what Plaintiff is asking. Gibbs is already listed as a Defendant. The Court ordered the Government to provide the information sought pursuant to *Valentin*, but Plaintiff amended without it. The Amended Complaint does not include allegations of wrongdoing against Does. (The Doe described on page 4 is not alleged to have done anything wrong.) So there is nobody for the Government to identify. Plaintiff should focus on getting the Defendants served. The Clerk of Court is respectfully directed to send a copy of this endorsement to Plaintiff and the U.S. Attorney's Office, and to terminate ECF No. 38.

SO ORDERED.

*Cathy Seibel*   11/22/21
CATHY SEIBEL, U.S.D.J.



Mujahid Wasiuddin
Reg. No. 32270-037
Federal Correctional Facility
Otisville
P.O. Box 1000
Otisville, NY 10963

Legal / Special
Mail / Mail

U.S. District Court
Southern District of New York
Pro Se Intake Unit Room 200
500 Pearl Street
New York, New York 10007

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 19 PM 2:52

WESTCHESTER NY 105
17 NOV 2021 PM 3 L

PURPLE HEART FOREVER USA