Pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), the Government shall ascertain the name and badge number of any prison official involved in the alleged uses of force on 7/21/21, 7/23/21 and 10/13/21 who is not already named as a Defendant, and shall provide this information to Plaintiff and the Court no later than 2/11/22.  Plaintiff will then have until 3/14/22 to file an Amended Complaint (per the procedure described in ECF No. 6).  The Clerk of Court is respectfully directed to send Plaintiff a copy of this endorsement and ECF No. 6.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/14/21

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 14  AM 10:31

Mujahid Nasiruddin,
 Plaintiff,

-Against-

Warden Pliler et. al.,
 Defendant,

Case No. 21-cv-7044 (CS)

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff, Mujahid Nasiruddin, (Referred to as He, His, my, I, me and Plaintiff) comes before this Court requesting as remedy for the Plaintiffs issue regarding defendants yet to be identified.

Plaintiff uses the term "Staff" in his complaint to identify persons not known to the Plaintiff.

Hence the Plaintiff request this Court to treat "Staff" as John Doe. And request this Court to order the U.S. Attorney to identify and interpret the term "Staff" to Represent unidentified John Doe's through camera surveillance.

12-9-21
Date

Respectfully Submitted
*Mujahid Nasiruddin*
Mujahid Nasiruddin
32770-037
FCI Otisville
P.O. Box 1000
Otisville, NY 10963



Mujahid Nasiruddin
Reg. No. 32970-037
Federal Correctional Institution
Otisville
P.O. Box 1000
Otisville, NY 10963

Legal / General
Mail / Mail

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 14 AM 10:

WESTCHESTER NY 105
10 DEC 2021 PM 5 L

Judge Cathy Seibel
Southern District of New York
Pro-Se Intake Unit Room 200
300 Quarropas Street
White Plains, NJ
10007-135095