**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MUJAHID NASIRUDDIN,

                Plaintiff,

-against-                                           21 **CIVIL** 7044 (CS)

                                                                  **JUDGMENT**

PLILER, ELMORE, O'KANE, McCOY,
TOMLISON, LIMKHULER, FERRY,
KESSLER, GYURITS, CHRISTENSON,
GRANNELL, IOCOLONO, HURN,
DELASSANDRO, McPHILLIPS, WITKOWSKI,
DR. GIRIBILLINI, NURSE SANTORELLI,
KABONIC, GIBBS, JOHN DOE 1-10,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 17, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      May 17, 2024

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**

                                    **BY:**       *K. Mango*

                                                               _____
                                                                **Deputy Clerk**